UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK KALKMAN,

        Plaintiff,                      Case No. 1:10-CV-1058

v.                                      Honorable Robert Holmes Bell

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On February 21, 2012, Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R&R") (Dkt. No. 12) recommending that the Commissioner of Social Security's decision denying Plaintiff's claim for Disability Insurance Benefits be reversed and this matter be remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's February 21, 2012, R&R (Dkt. No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social Security denying Plaintiff's claim for Disability Insurance Benefits is **REVERSED** and this

matter is **REMANDED** for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).


Dated:  March 15, 2012                                       /s/ Robert Holmes Bell
                                                                                                               ROBERT HOLMES BELL
                                                                                                               UNITED STATES DISTRICT JUDGE