UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK KALKMAN,

      Plaintiff,

                                  File No. 1:10-CV-1058

v.

                                  HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
                                         /

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 6, 2012, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R&R") recommending that Plaintiff Jack Kalkman's motion for attorneys fees and costs pursuant to the Equal Access to Justice Act (Dkt. No. 14, Mot.) be granted in part and denied in part. (Dkt. No. 16, R&R.)  No objections have been filed, and the deadline for doing so has expired.  The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's August 6, 2012, R&R (Dkt. No. 16) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorneys fees and costs pursuant to the Equal Access to Justice Act (Dkt. No. 14, Mot.) is **GRANTED IN PART** and **DENIED IN PART**.  Plaintiff is awarded **$4,156.25** in fees and costs.  This award shall be paid directly to Plaintiff.

Dated: September 28, 2012                           /s/ Robert Holmes Bell
                                                             ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE